UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Malibu Media, LLC

v.                                                          Case Number: 4:16–cv–02320

John Doe

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:**
Room 11521
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/24/2017

**TIME:** 02:15 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:    November 2, 2016

David J. Bradley, Clerk